UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-24504-Civ-COOKE/TORRES

FLEXFUNDS ETP, LLC,

    Plaintiff,

vs.

MARKETP, LLC, MARKETP USA, LLC,
GLOBAL SECURITIES MANAGEMENT,
LLC, CERTUS FINANCE, INC. and
FLORENT RIGAUD,

    Defendants.

_____/

**JUDGMENT**

    Pursuant to Federal Rule of Civil Procedure 58 and this Court's Omnibus Order on Cross Motions for Summary Judgment (ECF No. 148), **JUDGMENT** is hereby entered in favor of Defendants MarkETP, LLC, MarkETP USA, LLC, Global Securities Management, LLC, Certus Finance, Inc., and Florent Rigaud, and against Plaintiff Flexfunds ETP, LLC on Count IV of Plaintiff's Complaint.

    **DONE and ORDERED** in chambers at Miami, Florida, this 19TH day of January 2018.

                                                  *[signature]*
                                              MARCIA G. COOKE
                                              United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*